**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| WALTER ENRIQUE SALAS RODRIGUEZ,<br>*Petitioner*<br><br>v.<br><br>TODD BLANCHE, ACTING ATTORNEY GENERAL OF THE UNITED STATES; TODD M LYONS, DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; SYLVESTER ORTEGA, SAN ANTONIO FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND BOBBY THOMPSON, WARDEN, SOUTH TEXAS IMMIGRATION PROCESSING CENTER;<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-26-CV-05300-XR |

**FINAL JUDGMENT**

Petitioner brought this habeas petition to challenge his detention. Petitioner has since been removed from the country. ECF No. 5. Because Respondents are no longer detaining Petitioner, this case is **DISMISSED AS MOOT.**

The Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** this 28th day of August, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE